# SEARCH WARRANT

## State of Mississippi

## County of Lee

To any lawful officer of Lee County, Mississippi

Whereas, <u>Staff Officer Lyn Chambers, Mississippi Gaming Commission,</u> known to me to be a credible person, who after have this day made complaint on oath before me as follows:

1. That affiant has good reason to believe and does believe that certain things hereafter described are now being concealed in or about the following place in this County:

    **639 Romie Hill Avenue, Shannon 38868, Lee County, MISSISSIPPI**

    Together with all approaches and appurtenances thereto:

2. That the place described above is occupied and controlled by:
    **MICHAEL G. GEORGE and/or UNKNOWN OCCUPANT(S)**

3. That said things are particularly described as follows:
    a. U.S. Currency and Coin used to facilitate illegal gambling at this location, Ticket/Receipt machines used to print information related to the illegal gambling enterprise, Electronic devices and video monitors used to play the illegal gambling games, Items used to store, count, or transport money, Computer or Electronic storage devices used to manage, track, display, create or maintain patron account information related to the illegal gambling enterprise, Documentation containing information relating to patrons, business associates or employees, employee personnel files, ledgers, hand written documentation, banking documents, rent agreements, invoices, leases, utility bills, any documentation relating to Tel-Connect.
    b. Any and all information and/or data stored in the form of magnetic or electronic coding on computer media or media capable of being read by computer or with the aid of computer related equipment. This media includes network servers, back-up tapes and diskettes, hard drives, floppy diskettes, CD's or DVD's, fixed hard drives, external hard drives, portable storage drives, tapes, laser discs, video cassettes and other media which is capable of storing magnetic or electronic coding.

**EXHIBIT "A"**

# SEARCH WARRANT

- c. Any and all electronic devices which are capable of analyzing, creating, displaying, converting or transmitting electronic or magnetic computer impulses or data. These devices include computers, computer components, computer peripherals, word processing equipment, modems, monitors, printers, plotters, encryption circuit boards, optical scanners, external hard drives and other computer related equipment.
- d. Any and all instruction or programs stored in the form of electronic or magnetic media which are capable of being interpreted by a computer or related components. The items to be seized could include operating systems, application software, utility programs, compilers, interpreters and other programs or software used to communicate with computer hardware peripherals whether directly or indirectly via telephone lines, radio, wireless or other means of communication.

4. Search procedure of the electronic data contained in computers or operating software or memory devices, whether performed on site or in a laboratory or other controlled environment, may include the following techniques:
    a. Surveying various file "directories" and the individual files they contain (analogous to looking at the outside of a file cabinet for markings it contains and opening a drawer believed to contain pertinent files);
    b. "Opening" or cursorily reading the first few "pages" of such file in order to determine their precise contents;
    c. "Scanning" storage areas to discover and possibly recover recently deleted data;
    d. Performing key word searches through all electronic storage areas in existence that are intimately related to the subject matter of the investigation.
5. Documents, books, magazines, letters, pamphlets, photographs, drawings, videos or any other paraphernalia which in any way relate to the crime(s) of Illegal Gambling.
6. That possession of the above describe things is in itself unlawful (or the public has a primary interest in, or primary right to possession of, the above described things), in that said things are:
**_In violation of Mississippi Code Annotated §§ 75-76-301 Illegal Activities, 75-76-55 Operating without a Gaming License, 97-33-1 Gambling, 97-33-7 Illegal Gambling, 97-33-8 Illegal Gambling Internet Sweepstakes Cafes Prohibited._**

## SEARCH WARRANT

7. The facts tending to establish the foregoing grounds of issuance of a Search Warrant are shown on the sheet headed "Underlying Facts and Circumstances" which is attached hereto as Exhibit "A" made a part hereof and adopted herein by reference.

8. This Court, having examined and considered said Affiant, and having heard and considered evidence in support thereof from the Affiant named therein does find that probable cause for the issuance of a "Search Warrant" does exist. THEREFORE, you are commanded to proceed at any time in the day or night to the place described above and to search forthwith said place for the things specified above, making known to the person or persons occupying or controlling said place, if any, your purpose and authority for so doing, and if the things specified above be found there to seize them, leaving a copy of this warrant and a receipt for the things taken; and to bring the things seized before this court instanter; and prepare a written inventory of the items seized, and have then and there this writ, with your proceedings noted thereon.

9. Do not interpret this writ as limiting your authority to seize all contraband and things in the possession of which in itself is unlawful which you find incident to your search, or as limiting your authority to make otherwise valid arrest at the place described above.

WITNESS MY HAND, THIS THE __11th__ DAY OF __August__, 2014 9AM

_James L. Roberts, Jr._
Signature
Circuit Court Judge

CS: 14-00125  CAFE JUNCTION  AUGUST 11, 2014 @ 10:30 HRS
643 ROMIE HILL AVE
SHANNON, MS

| ITEM DESCRIPTION | AMOUNT |
|---|---|
| RECEIVING AGENT, MGC# *Lyn Chambers MGC14* | DATE 8/11/2014 |
| WITNESSING AGENT, MGC# *[signature] MGC-10* | DATE 8/11/14 |

*Jessica Jo Sharp*  08/11/14
DATE

*Lyn Chambers MGC14 1:45PM*

COPY PROVIDED TO: Ms. Jessica Sharp, August 11, 2014

CS: 14-00125

CAFE JUNCTION
643 ROMIE HILL AVE
SHANNON, MS

AUGUST 11, 2014@10:30 HRS

| ITEM DESCRIPTION | AMOUNT |
|---|---|
| U.S. CURRENCY & COIN SEIZED FROM DRAWER IN DISPLAY COUNTER | $ 127.50 |
| U.S. CURRENCY SEIZED FROM POINT OF SALE | $ 443.47 |
| U.S. CURRENCY SEIZED FROM DESK IN OFFICE | $ 960.00 |
| TOTAL | $ 1,530.97 |
| **GAMING AREA/POS/OFFICE/BACKROOM** | |
| COMPUTER (001)-SN3CRP52173Y | 1EA |
| COMPUTER (002)-SN3CR0030H9H | 1EA |
| COMPUTER (003)-SN3CR20KKQ | 1EA |
| COMPUTER (004) -SN3CR1220KJ3 | 1EA |
| COMPUTER (005)-SN3CR95217D9 | 1EA |
| COMPUTER (006)-SN3CR10702R6 | 1EA |
| COMPUTER (007)-SN3CR0030QPX | 1EA |
| COMPUTER (008)-SN3CR0030GP0 | 1EA |
| COMPUTER (009)-SN3CR0030QHB | 1EA |
| COMPUTER (010)-SN3CR1060JHS | 1EA |
| COMPUTER (011)-SN3CR0020ZVK | 1EA |
| COMPUTER (012)-SN3CR03213WD | 1EA |
| COMPUTER (013)-SN3CR10702Q7 | 1EA |
| COMPUTER (014)-SN3CR10115PP | 1EA |
| COMPUTER (015)-SN3CR1220KCF | 1EA |
| COMPUTER (BACK ROOM PROGRESSIVE)-SNLM099 | 1EA |
| COMPUTER (POS)-SN0046 | 1EA |
| COMPUTER (OFFICE)-SNJP0036 | 1EA |
| COMPUTER (OFFICE)-SN3GR3330 | 1BX |
| CASH REGISTER (COUNTER) SN3E056717 | 1EA |
| PRINTER (OFFICE)- HP-SNCN39BE3GX8 | 1EA |
| DVR (OFFICE)-SN2618112120695 | 1EA |
| MONITOR (POS)-SND48590B2500 | 1EA |
| MONITOR (OFFICE)-SNHKC00091429002989 | 1EA |
| MONITOR (OFFICE)-SNETF7308216803051884291 | 1EA |
| PRINTER (POS) RECEIPT | 1EA |
| TELEVISION (WALL) PROGRESSIVE-SNME1A1404B6892 | 1EA |
| **ADDITIONAL ITEMS** | |
| PING PONG BALLS USED WITH PROGRESSIVE | 1 JAR |
| RAFFLE TICKETS USED FOR RANDOM DRAWINGS | 3 ROLLS |
| ROUTER, LINKSYS | 1EA |
| SIGNS RELATED TO ILLEGAL GAMBLING OPERATION | 10 EA |
| KEYBOARDS | 18EA |
| MOUSES | 18EA |
| SWITCHES, COMPUTER | 6EA |
| MISCELLEANOUS DOCUMENTS RELATED TO THE OPERATION | 2BX |
| **LAST ITEM** | |

COPY PROVIDED TO: Ms. Jessica Sharp, August 11, 2014