CS: 14-00125

**CAFE JUNCTION**
**643 ROMIE HILL AVE**
**SHANNON, MS**

AUGUST 11, 2014@10:30 HRS

| ITEM DESCRIPTION | AMOUNT |
|---|---|
| U.S. CURRENCY & COIN SEIZED FROM DRAWER IN DISPLAY COUNTER | $ 127.50 |
| U.S. CURRENCY SEIZED FROM POINT OF SALE | $ 443.47 |
| U.S. CURRENCY SEIZED FROM DESK IN OFFICE | $ 960.00 |
| TOTAL | $ 1,530.97 |
| **GAMING AREA/POS/OFFICE/BACKROOM** | |
| COMPUTER (001)-SN3CRP52173Y | 1EA |
| COMPUTER (002)-SN3CR0030H9H | 1EA |
| COMPUTER (003)-SN3CR20KKQ | 1EA |
| COMPUTER (004) -SN3CR1220KJ3 | 1EA |
| COMPUTER (005)-SN3CR95217D9 | 1EA |
| COMPUTER (006)-SN3CR10702R6 | 1EA |
| COMPUTER (007)-SN3CR0030QPX | 1EA |
| COMPUTER (008)-SN3CR0030GP0 | 1EA |
| COMPUTER (009)-SN3CR0030QHB | 1EA |
| COMPUTER (010)-SN3CR1060JHS | 1EA |
| COMPUTER (011)-SN3CR0020ZVK | 1EA |
| COMPUTER (012)-SN3CR03213WD | 1EA |
| COMPUTER (013)-SN3CR10702Q7 | 1EA |
| COMPUTER (014)-SN3CR10115PP | 1EA |
| COMPUTER (015)-SN3CR1220KCF | 1EA |
| COMPUTER (BACK ROOM PROGRESSIVE)-SNLM099 | 1EA |
| COMPUTER (POS)-SN0046 | 1EA |
| COMPUTER (OFFICE)-SNJP0036 | 1EA |
| COMPUTER (OFFICE)-SN3GR3330 | 1BX |
| CASH REGISTER (COUNTER) SN3E056717 | 1EA |
| PRINTER (OFFICE)- HP-SNCN39BE3GX8 | 1EA |
| DVR (OFFICE)-SN2618112120695 | 1EA |
| MONITOR (POS)-SND48590B2500 | 1EA |
| MONITOR (OFFICE)-SNHKC00091429002989 | 1EA |
| MONITOR (OFFICE)-SNETF7308216803051884291 | 1EA |
| PRINTER (POS) RECEIPT | 1EA |
| TELEVISION (WALL) PROGRESSIVE-SNME1A1404B6892 | 1EA |
| **ADDITIONAL ITEMS** | |
| PING PONG BALLS USED WITH PROGRESSIVE | 1 JAR |
| RAFFLE TICKETS USED FOR RANDOM DRAWINGS | 3 ROLLS |
| ROUTER, LINKSYS | 1EA |
| SIGNS RELATED TO ILLEGAL GAMBLING OPERATION | 10 EA |
| KEYBOARDS | 18EA |
| MOUSES | 18EA |
| SWITCHES, COMPUTER | 6EA |
| MISCELLEANOUS DOCUMENTS RELATED TO THE OPERATION | 2BX |
| **LAST ITEM** | |
| | |

COPY PROVIDED TO: Ms. Jessica Sharp, August 11, 2014

**EXHIBIT "B"**