| Filed By: STATE OF MISSISSIPPI | Filed: 9/23/2014 8:00 AM | Number: CR2014-000636 | LEE Circuit | Joyce Loftin |
|---|---|---|---|---|

MULTI-COUNT MCA Section 99-7-2
RACKETEER INFLUENCED MCA Section 97-43-3
ENTICE/INDUCE TO GAMBLE MCA Section 75-76-301
GAMING WITHOUT LICENSE Section MCA 75-76-55
INTERNET SWEEPSTAKES CAFES MCA Section 97-33-8 (2 Counts)

STATE OF MISSISSIPPI
LEE COUNTY

CIRCUIT COURT

Prior to November Term, 2014

No. CR14-636

THE GRAND JURORS of the State of Mississippi, taken from the body of the good and lawful citizens of said County, Judicial District and State aforesaid, duly elected, empaneled, sworn and charged to inquire in and for said County, Judicial District and State aforesaid, in the name and by the authority of the State of Mississippi, upon their oaths, present:

Count I

Between the dates of August 5, 2014 and August 11, 2014, Ronald Moore, did willfully, unlawfully, feloniously, and with criminal intent receive proceeds derived directly or indirectly from a pattern of racketeering activity and that he used directly or indirectly parts of the proceeds of such racketeering activity in the establishment of or operations of an enterprise as defined in Section 97-43-3 of the Mississippi Code of 1972, as amended; that the pattern of racketeering activity consisted of illegal gambling activities through the operation of an internet sweepstake cafe and use of computer monitors containing simulated gambling programs, all of which were operational at the time the defendant had same in his possession, contrary to and in violation of Mississippi Code Ann. Section 97-33-8, occurring between the aforesaid dates, in Lee County, Mississippi, a description of said computer monitors are as follows:

LEE COUNTY
CIRCUIT COURT
Joyce Loftin
CLERK
MISSISSIPPI

COMPUTER (001) – Serial No. 3CR952173Y

COMPUTER (002) – Serial No. 3CR0030H9H

COMPUTER (003) – Serial No. 3CR0020KKQ

COMPUTER (004) – Serial No. 3CR1220KJ3

COMPUTER (005) – Serial No. 3CR95217D9

COMPUTER (006) – Serial No. 3CR10702R6

COMPUTER (007) – Serial No. 3CR0030QPX

COMPUTER (008) – Serial No. 3CR0030GP0

COMPUTER (009) – Serial No. 3CR0030QHB

EXHIBIT "C"

COMPUTER (010) – Serial No. 3CR1060JHS

COMPUTER (011) – Serial No. 3CR0020ZVK

COMPUTER (012) – Serial No. 3CR03213WD

COMPUTER (013) – Serial No. 3CR10702Q7

COMPUTER (014) – Serial No. 3CR10115PP

COMPUTER (015) – Serial No. 3CR1220KCF

That he used and invested the proceeds of the said illegal gambling activities directly to operate an enterprise which was formed and operated for an illicit enterprise to own and operate an internet sweepstakes café in the State of Mississippi and his actions were contrary to and in violation of Section 97-43-5 of the Mississippi Code of 1972, as amended; and against the peace and dignity of the State of Mississippi.

LEE COUNTY CIRCUIT COURT Joyce Loftin MISSISSIPPI

Count II

That Ronald Moore late of the County and Judicial District aforesaid, on or about August 5, 2014 and August 9, 2014 in the County, Judicial District and State aforesaid and within the jurisdiction of this Court, did knowingly, unlawfully, and feloniously entice or induce another to go to a place where a gambling game was being conducted or operated contrary to and in violation of Miss. Code Ann. 75-76-55, to wit: The Junction Café, with the intent that the person play or participate in the gambling game, contrary to and in violation of Miss. Code Ann. Section 75-76-301, against the peace and dignity of the State of Mississippi.

Count III

That Ronald Moore late of the County and Judicial District aforesaid and owner and/or lessee of The Junction Café, on or about August 5, 2014 and August 9, 2014 in the County, Judicial District and State aforesaid and within the jurisdiction of this Court, did, without having first procured and thereafter maintained in effect a state gaming license, unlawfully deal, operate, carry on, conduct, maintain or expose for play in the State of Mississippi gambling games, contrary to and in violation of Miss. Code Ann. Section 75-76-55, against the peace and dignity of the State of Mississippi.

Case: 1:15-cv-00013-DMB-DAS Doc #: 13-3 Filed: 02/20/15 3 of 5 PageID #: 83

**Count IV**

That Ronald Moore late of the County and Judicial District aforesaid, on or about August 5, 2014 in the County, Judicial District and State aforesaid and within the jurisdiction of this Court, did unlawfully possess, own, control, display, operate or have a financial interest in electronic video monitors, a description of which is as follows:

COMPUTER (001) – Serial No. 3CR952173Y

COMPUTER (002) – Serial No. 3CR0030H9H

COMPUTER (003) – Serial No. 3CR0020KKQ

COMPUTER (004) – Serial No. 3CR1220KJ3

COMPUTER (005) – Serial No. 3CR95217D9

COMPUTER (006) – Serial No. 3CR10702R6

COMPUTER (007) – Serial No. 3CR0030QPX

COMPUTER (008) – Serial No. 3CR0030GP0

COMPUTER (009) – Serial No. 3CR0030QHB

COMPUTER (010) – Serial No. 3CR1060JHS

COMPUTER (011) – Serial No. 3CR0020ZVK

COMPUTER (012) – Serial No. 3CR03213WD

COMPUTER (013) – Serial No. 3CR10702Q7

COMPUTER (014) – Serial No. 3CR10115PP

COMPUTER (015) – Serial No. 3CR1220KCF

That said monitors contained simulated gambling programs that were offered or made available to persons for play in return for direct or indirect consideration, and said persons may have become eligible to win, redeem or otherwise obtain a cash or cash–equivalent prize, as defined by and in violation of Miss. Code Ann. Section 97-33-8, against the peace and dignity of the State of Mississippi.

LEE COUNTY
CIRCUIT COURT
Joyce Loftin
CLERK
MISSISSIPPI

Case: 1:15-cv-00013-DMB-DAS Doc #: 13-3 Filed: 02/20/15 4 of 5 PageID #: 84

Count V

That Ronald Moore late of the County and Judicial District aforesaid, on or about August 9, 2014 in the County, Judicial District and State aforesaid and within the jurisdiction of this Court, did unlawfully possess, own, control, display, operate or have a financial interest in electronic video monitors, a description of which is as follows:

COMPUTER (001) – Serial No. 3CR952173Y

COMPUTER (002) – Serial No. 3CR0030H9H

COMPUTER (003) – Serial No. 3CR0020KKQ

COMPUTER (004) – Serial No. 3CR1220KJ3

COMPUTER (005) – Serial No. 3CR95217D9

COMPUTER (006) – Serial No. 3CR10702R6

COMPUTER (007) – Serial No. 3CR0030QPX

COMPUTER (008) – Serial No. 3CR0030GP0

COMPUTER (009) – Serial No. 3CR0030QHB

COMPUTER (010) – Serial No. 3CR1060JHS

COMPUTER (011) – Serial No. 3CR0020ZVK

COMPUTER (012) – Serial No. 3CR03213WD

COMPUTER (013) – Serial No. 3CR10702Q7

COMPUTER (014) – Serial No. 3CR10115PP

COMPUTER (015) – Serial No. 3CR1220KCF

LEE COUNTY CIRCUIT COURT Joyce Loftin CLERK MISSISSIPPI

That said monitors contained simulated gambling programs that were offered or made available to persons for play in return for direct or indirect consideration, and said persons may have become eligible to win, redeem or otherwise obtain a cash or cash-equivalent prize, as defined by and in violation of Miss. Code Ann. Section 97-33-8, against the peace and dignity of the State of Mississippi.

Filed and Recorded 23 day

Of Sept. 2014

Clerk

D.C.

Special Assistant Attorney General

A TRUE BILL

Foreman of the Grand Jury

Case: 1:15-cv-00013-DMB-DAS Doc #: 13-3 Filed: 02/20/15 5 of 5 PageID #: 85




LEE COUNTY



CIRCUIT COURT

Joyce Loftin
CLERK

MISSISSIPPI