**STATE OF MISSISSIPPI**



**OFFICE OF THE ATTORNEY GENERAL**
Gaming Division

VIA CERTIFIED MAIL RECEIPT – RETURN RECEIPT REQUESTED
ITEM NO.: 7011 1570 0001 3046 3948

Jeffrey J. Hosford, Attorney At Law
Hosford Law Firm, PLLC
115 A South Lafayette Street
Starkville, MS 39759

February 9, 2015

RE: State v. Ronald Moore, Cause No.: CR14-636

Dear Mr. Hosford:

    I have enclosed a stamped copy of the State's Motion to Dismiss and the Judge's signed Order.

    If you have any questions or concerns, please do not hesitate to contact me via phone, 601-576-3868 or email, larox@ago.state.ms.us.

Sincerely,

Lakeita F. Rox-Love
Special Assistant Attorney General

LR-L/te
Enclosure(s): Motion to Dismiss and Order

POST OFFICE BOX 23577 •JACKSON, MISSISSIPPI 39225-3577
TELEPHONE (601) 576-3863 • FACSIMILE (601) 576-3866

**EXHIBIT "D"**



# IN THE CIRCUIT COURT OF LEE COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.                                                                                          CAUSE NO. CR14-636

RONALD MOORE

## MOTION TO DISMISS

Comes now the State of Mississippi, and moves this Court for an Order dismissing the above styled and numbered cause, as to Ronald Moore, SS# ▮▮▮-▮▮-9566.

WHEREFORE, the State of Mississippi moves for an Order dismissing the indictment as to the Defendant, Ronald Moore, SS# ▮▮▮-▮▮-9566, in the above styled and numbered cause.

RESPECTFULLY SUBMITTED this the 3rd day of February, 2015.

_____
LAKEITA F. ROX-LOVE
Special Assistant Attorney General

FILED
TIME_____ AM/PM
FEB 0 3 2015
JOY LOFTIN
LEE CO. CIRCUIT CLERK
_____ D.C.

IN THE CIRCUIT COURT OF LEE COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.    CAUSE NO. CR14-636

RONALD MOOORE

### ORDER DISMISSING

This cause this day came on the motion of the State of Mississippi for an Order Dismissing the above styled and numbered cause as to Defendant, Ronald Moore, SS# ███ 9566. This Court, hereby dismisses the indictment in the above styled and numbered cause.

ORDERED AND ADJUDGED this the 3rd day of February, 2015.

*/s/ James L. Roberts Jr.*
CIRCUIT JUDGE

FILED
TIME_____ AM/PM
FEB 0 3 2015
JOYCE R LOFTIN
LEE CO CIRCUIT CLERK D.C.