

EXHIBIT "E"



# Carol Carver

*Posted on:* February 18th, 2015

Carol Carver
03/08/1974
Charge: RICO x 1



If you enjoyed this post, please consider leaving a comment or subscribing to the RSS feed to have future articles delivered to your feed reader.

If you have information about any crime please contact the Lee County Sheriff's Department or call 662-680-5766 or CrimeStoppers at 1-800-773-8477 (TIPS)



**Lee County Sheriff's Department**
510 N. Commerce St.
Tupelo, MS 38804
**(662) 841-9040**

© 2010-2015 Copyright Lee County Sheriff's Department All Rights Reserved | Site developed by *Lighthouse Web Designs*